UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-105-6D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | |
| JOSEPH ANTHONY VAUGHT ) | |
|   a/k/a "Gotti" ) | |

The United States charges that:

## COUNT ONE

Beginning in June 2017, and continuing through on or about August 29, 2017, in the Eastern District of North Carolina, and elsewhere, JOSEPH ANTHONY VAUGHT, also known as "Gotti," did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Controlled Substances Involved in the Conspiracy

With respect to JOSEPH ANTHONY VAUGHT, defendant herein, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500)

grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 29, 2017, in the Eastern District of North Carolina, the defendant, JOSEPH ANTHONY VAUGHT, also known as "Gotti," knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count One of this Information, and possessed the firearm in furtherance of said crime.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

This the 18th day of January 2019.

ROBERT J. HIGDON, JR.
United States Attorney

JAKE D. PUGH
Assistant U.S. Attorney
Criminal Division