AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 1-22-19 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

United States of America )
v. ) Case No. 7:17-CR-105-D-6
JOSEPH ANTHONY VAUGHT )
)
_____ )
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/22/19

_____
*Defendant's signature*

_____
Laura E. Beaver
*Signature of defendant's attorney*

Laura E. Beaver
*Printed name of defendant's attorney*

_____
*Judge's signature*

JAMES E. GATES, USMJ
*Judge's printed name and title*