FILED: February 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-4374
(7:17-cr-00105-D-6)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

JOSEPH ANTHONY VAUGHT,

        Defendant - Appellant.

O R D E R

Upon review of the Government's unopposed motion to remand this case to the district court for resentencing in light of *United States v. Singletary*, 984 F.3d 341 (4th Cir. 2021), and *United States v. Rogers*, 961 F.3d 291 (4th Cir. 2020), the court grants the motion. The Government's motion to dismiss this appeal is denied as moot.

Entered at the direction of the panel: Judge Wilkinson, Judge Quattlebaum, and Judge Rushing.

For the Court

/s/ Patricia S. Connor, Clerk