IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-105-D
No. 7:23-CV-1071-D

JOSEPH ANTHONY VAUGHT, )
)
          Petitioner, )
v. ) **ORDER**
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

The court has reviewed the record and governing law. See, e.g., [D.E. 411, 466]. Petitioner is not entitled to relief under United States v. Taylor, 596 U.S. 845 (2022), because his predicate offense under 18 U.S.C. § 924(c) was a drug trafficking crime. See [D.E. 411, 466, 513]. Thus, the court GRANTS respondent's motion to dismiss [D.E. 512], DENIES petitioner's motion to vacate [D.E. 484], and DENIES a certificate of appealability.

SO ORDERED. This _8_ day of October, 2025.

                                                        JAMES C. DEVER III
                                                        United States District Judge